EWS
F.# 2022R00289

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JOSEPH ELIAS,

     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

~~PROPOSED~~ O R D E R

22-MJ-286

  Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Eric Silverberg, for an order unsealing the above-captioned matter in its entirety.

  WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated: Brooklyn, New York
    June 21, 2022

*Cheryl L. Pollak*
_____
HONORABLE CHERYL L. POLLAK
CHIEF UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK